**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JESSICA J. WELLS,**

**Plaintiff,**

**-vs-**                                          **Case No.  6:09-cv-1669-Orl-28DAB**

**COMMISSIONER OF SOCIAL
SECURITY,**

**Defendant.**
_____

**ORDER**

This case is before the Court on Plaintiff's complaint to obtain judicial review of a final

decision of the Commissioner of Social Security ("Commissioner") terminating her

Supplemental Security Income (SSI) benefits when reviewed under the adult standard upon

turning 18 years of age.  The United States Magistrate Judge has submitted a report

recommending that the Commissioner's decision be reversed and remanded.

After an independent *de novo* review of the record in this matter, and consideration

of the Objection to the Report and Recommendation filed by the Commissioner (Doc. 18),

and the Response to the Objection filed by Plaintiff (Doc. 19), the Objection is overruled.

The Court agrees entirely with the findings of fact and conclusions of law in the Report and

Recommendation.  Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed January 21, 2011 (Doc. No. 16)

is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.     The Commissioner's decision is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

    3.     The Clerk of the Court is directed to enter judgment in favor of Plaintiff and to thereafter close this file.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida this ___23rd___ day of February, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

JOHN ANTOON II
United States District Judge