# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JESSICA J. WELLS,**

        **Plaintiff,**

**-vs-**                                **Case No. 6:09-cv-1669-Orl-28DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 24) filed March 5, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 8, 2011 (Doc. No. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Uncontested Petition for Attorney's Fees (Doc. NO. 24) is **GRANTED in part.**

3. Plaintiff is awarded $4,992.67 for attorney's fees under the Equal Access to Justice Act.

4.   The Clerk is directed to enter judgment in favor of Plaintiff and against the Commissioner of Social Security in the amount of $4,992.67.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __30th___ day of March, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge